## McLAUGHLIN v. LOVE *et al.*

No. 4524.    Opinion Filed July 20, 1915.

(150 Pac. 1049.)

**APPEAL AND ERROR—Time for Filing Brief—Dismissal.** Where plaintiff in error does not file brief within the time allowed by rule 7 of this court (38 Okla. vi, 137 Pac. ix), nor before case is due to be taken on submission, the appeal will be treated as abandoned, and dismissed.

(a)    And in such cases a motion to dismiss will be sustained.

(Syllabus by Thacker, C.)

*Error from County Court, Oklahoma County;*
*John W. Hayson, Judge.*

Action by Samuel Love, Peter T. Scott, and Emil Jaursch, partners as Love, Scott & Jaursch, against Gertrude McLaughlin, doing business as the McLaughlin Millinery Company. Judgment for plaintiffs, and defendant brings error. Appeal dismissed.

*Ross & Moss,* for plaintiff in error.

*Keaton, Wells & Johnston,* for defendants in error.

Opinion by THACKER, C. On November 2, 1912, petition in error with case-made attached was filed in this court, on July 13, 1915, this case was due to be taken on submission, and on July 14, 1915, defendants in error filed motion to dismiss appeal for failure of plaintiff in error to file briefs, as required by rule 7 of this court (38 Okla. vi, 137 Pac. ix). As no brief has been filed by plaintiff in error, and the appeal is apparently abandoned, the latter should be treated as abandoned and dismissed.

By the Court: It is so ordered.